ALBERT E. LEE & SON, demandante y apelada, *v.* DR. AGUSTÍN SÁNCHEZ, MARÍA M. DE SÁNCHEZ y MIGUEL A. GUEVARA, demandados y apelantes.

No. 6028.—*Sometido:* Abril 18, 1932. *Resuelto:* Abril 22, 1932.

*V. M. Fernández,* abogado de los apelantes; *Carlos J. Torres,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Se trata de un caso en que la Corte de Distrito de San Juan, en apelación, señaló día para el juicio del pleito. Los demandados dejaron de comparecer al juicio. A instancias de la demandante, la corte dictó sentencia y los demandados apelaron. La apelada solicita que desestimemos esta apelación por frívola.

■ Si se examina la opinión de la corte inferior sometida por los apelantes, se verá que la corte consideró que las alegaciones establecían un caso *prima facie* a favor de la demandante, y, por consiguiente, que era deber de los demandados probar las alegaciones positivas de su contestación, y que no lo hicieron así. No aparece, por tanto, según sostienen los apelantes, que la corte dictara sentencia sólo por las alegaciones, sino que lo cierto fué que hubo un juicio y los demandados tuvieron la oportunidad de presentar su defensa y dejaron de hacerlo.

■ Los demandados también alegaron por falta de información y creencia que el pagaré transcrito en la demanda fuera el mismo que ellos habían suscrito. Una alegación por falta de información y creencia era insuficiente. Artículo 119 del Código de Enjuiciamiento Civil; *Eneglotaria* v. *Sosa*, 38 D.P.R. 604; *Antonsanti* v. *Axtmayer*, 38 D.P.R. 782; *Miranda* v. *National, etc.*, 41 D.P.R. 292.

*Debe desestimarse el recurso.*